Robert P. Blasco, Esq.
Hoffman & Blasco, LLC
9360 Glacier Hwy., Ste. 202
Juneau, AK 99801
(907) 586-3340
(907) 586-6818 (fax)
Attorneys for Fred Meyer Stores, Inc.
rpblasco@hoffmanblasco.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WANDA ZAKRZEWSKI,<br><br>Plaintiff,<br><br>v.<br><br>FRED MEYER STORES, INC.<br><br>Defendants. | Case No.: |

### NOTICE AND PETITION FOR REMOVAL

**TO:** THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

Petitioner and Defendant Fred Meyer Stores, Inc., by and through its undersigned counsel, file their Notice of Removal pursuant to 28 USC § 1441(a), and states the following in support:

1. Plaintiff filed this action (3AN-13-06027CI) in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, on or about March 27, 2013.

2. Defendant Fred Meyer Stores, Inc. was served with the Summons and Complaint by certified mail sent on May 21, 2013 which was received by its registered agent on May 23, 2013.

3. Defendant Fred Meyer Stores, Inc. has entered an Entry of Appearance in the State court action. Copies of all the pleadings filed in and any orders entered in the State Court are listed on the attached Index in chronological order and are attached hereto as exhibits.

4. This Notice of Removal is being filed within thirty (30) days under Fed. R. Civ. P. 6 after receipt of the Summons and Complaint by the defendant, and as such is timely pursuant to 28 USC § 1441(b).

5. This case is removable by the defendants pursuant to 28 USC § 1441(a) as a civil action "of which the district courts of the United States have original jurisdiction."

6. This Court has original subject-matter jurisdiction in this case because plaintiff's claims meet both the complete diversity and amount in controversy requirement of 28 USC § 1332 in that this is a civil action between citizens of different States, defendant is not a citizen of the State of Alaska, and the amount in controversy exceeds $75,000.

7. Plaintiff's Complaint alleges that the plaintiff sustained injuries on April 14, 2011 when "Plaintiff Zakzrewski's foot stepped into a dry parking lot sinkhole . . ." *See* Complaint ¶ 8. She is requesting Four Million Dollars in damages be awarded.

8. Plaintiff alleges that she is a resident of Alaska. *See* Complaint ¶ 2.

9. Defendant Fred Meyer Stores, Inc. is incorporated in and organized under the laws of Ohio with its principal place of business in Portland, Oregon. See in part, Complaint ¶ 1.

10. Contemporaneously herewith, written notice is being given to all adverse parties and to the Clerk of Superior Court for the State of Alaska, Third Judicial District at Anchorage that this Notice of Removal is being filed with this Honorable Court. (See attached Affidavit of Counsel.)

*Wanda Zakrzewski v. Fred Meyer Stores, Inc.* Page 2 of 3
*Notice and Petition for Removal*

Case 3:13-cv-00101-SLG   Document 1   Filed 06/12/13   Page 2 of 3

**WHEREFORE**, Defendant petitioner, Fred Meyer Stores, Inc. prays that the entire above-titled State Court Action be removed from the Superior Court for the State of Alaska, Third Judicial District at Anchorage, to this Honorable Court for all further proceedings pursuant to D. Ak. L. R. 3.3(b)(1).

HOFFMAN & BLASCO, LLC

Dated: June 11, 2013       By:       /s/ Robert P. Blasco
                                   Robert P. Blasco, AK Bar #7710098
                                   Attorneys for Defendant Fred Meyer Stores, Inc.
                                   Hoffman & Blasco, LLC
                                   9360 Glacier Hwy., Ste. 202
                                   Juneau, AK 99801
                                   Phone: (907) 586-3340
                                   Fax: (907) 586-6818
                                   rpblasco@hoffmanblasco.com

**Certificate of Service**
The undersigned certifies that on June 11, 2013 a true and correct copy of the foregoing **NOTICE AND PETITION FOR REMOVAL** was served on the following parties of record via email and US First Class Mail.

Stephen G. Merrill, Esq.
Boardwalk Office Suites
201 Barrow Street, Suite 102 C
Anchorage, AK 99501
Phone: (907) 771-9900
Fax: (907) 771-9888
attymerrill@anchoragelawyer.us

       /s/ Robert P. Blasco
           Robert P. Blasco

*Wanda Zakrzewski v. Fred Meyer Stores, Inc.*                                                                 *Page 3 of 3*
*Notice and Petition for Removal*

Case 3:13-cv-00101-SLG   Document 1   Filed 06/12/13   Page 3 of 3