Stephen Merrill, Attorney
Alaska State Bar # 0911058
Boardwalk Office Suites
201 Barrow Street, Suite 102c
Anchorage, Alaska 99501
Tel. 907-771-9900
Fax 907-771-9998

# IN THE ALASKA SUPERIOR COURT

# AT ANCHORAGE

WANDA ZAKRZEWSKI,

        Plaintiff,

v.                       Case No.: _____

FRED MEYERS STORES, INC,

Serve: Registered Agent
Corporation Service Company
9360 Glacier Hwy Ste 202
JUNEAU, AK 99801

        Defendant.

## COMPLAINT

The plaintiff, through her counsel, states the following in support of this action for the negligent infliction of physical injury.

1.    Defendant Fred Meyers Stores, Inc. (Fred Meyers) is an Ohio corporation

1

engaged in the retail business in Anchorage and elsewhere. The parcel of land occupied by the Fred Meyers Store on Northern Lights Boulevard in Anchorage has been owned by Fred Meyers for a long number of years.

2. Plaintiff Wanda Zakzrewski is a longtime Alaska citizen. She has been an occasional customer of Fred Meyers for many years.

3. Some years ago the parking lot outside of the Fred Meyers Store on Northern Lights Boulevard in Anchorage was installed by contractors hired by Fred Meyers or their predecessor owners of the commercial parcel where the store stands today.

4. Fred Meyers, like any other owner of commercial property, is liable for the consequences of the negligence of parking lot contractors that performed worked at their store location, whenever the work occurred. *Patton v. Spa Lady, Inc.*, 772 P.2d 1082 (Alaska 1989), *Edenshaw v. Safeway, Inc.*, 186 P.3d 568 (Alaska 2008)

5. The Fred Meyer parking lot contractors violated a basic principle of their work in along two different stretches of the parking lot: they failed to sufficiently pack the ground below hard enough to meet minimum standards of construction.

6. As a consequence of this error of negligence quite a number of parking spaces in the Fred Meyers lot allow parked vehicles to sink into the ground, four holes per parking space. The soft asphalt on top of the parking lot surface simply sinks in place creating a sinkhole that has a smooth, unbroken surface throughout. The sinkholes tend to be 3-4 inches in depth. When not filled with water due to recent rain the sinkholes are not visibly clear to customers in a busy parking lot.

7. On April 14, 2011, a clear, cool, dry day in Anchorage, plaintiff Zakzrewski was leaving the Fred Meyers Store going to her car in the parking lot with a grocery cart. Wanda unloaded her purchases into her car and then went to park the grocery cart in its outside storage space.

8. On her return to her car, plaintiff Zakzrewski's foot stepped into a dry parking lot sinkhole her foot on top of a small, hard object lying on the bottom of the sinkhole. When one foot rolled on the hard object the other foot banged against the front edge of the sinkhole forcing plaintiff Zakzrewski to fall forward landing primarily supported by her right arm, but also banging her face into the pavement.

9. Given that Fred Meyers employees must have been aware over time of the many parking lot sinkholes the company violated its duty to warn customers of the dangerous parking lot condition and to keep objects out of the sinkholes in almost all circumstances in order to preserve customer safety. The failure of Fred Meyers to generally warn customers of the dangerous sinkholes and to keep the sinkholes clear of debris were further acts of negligence attributable to Fred Meyers that directly caused plaintiff Zakzrewski's fall.

10. As a result of the negligence of Fred Meyers, plaintiff Zakzrewski has suffered a torn rotator cuff joint that has been only partially responsive to medical treatment, among other serious injuries. Due to her shoulder injury, plaintiff Zakzrewski has incurred large medical expenses, including the cost of one surgery so far, and will incur more. She also suddenly lost her employment for all but two weeks of the time since of her fall, thereby losing her employment benefit of health-insurance coverage in addition to her wages. Due to the continuing physical disability to the shoulder, plaintiff

Zakzrewski has lost her ability to work altogether in a position she has experience or capabilities in. Plaintiff Zakzrewski's injuries from that day are painful and permanent and greatly limiting to all of her physical activities, all causing great emotional anguish.

THEREFORE, the plaintiff moves this honorable Court for entry of a judgment against the defendant awarding the plaintiff FOUR MILLION DOLLARS ($4,000,000) in compensatory damages, together with accrued interest and the award of costs and attorney's fees as prescribed by Alaska law.

Stephen Merrill, Attorney
Counsel for the Plaintiff



Exhibit 1
Page 5 of 5